UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY CHAND, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MTN IRANCELL TELECOMMUNICATIONS SERVICES CO.,<br><br>        Defendant. | Case No. 1:22-cv-0830 (TNM) |

## ORDER

Before the Court is the Plaintiffs' Motion for Waiver of Local Civil Rule 5.1(c).  *See* ECF No. 3.  Plaintiffs ask the Court to waive Local Rule 5.1(c), which typically requires any party's first filing to include "the name and full residence address of the party."  LCvR 5.1(c).  The Plaintiffs here seek waiver of that requirement to avoid exposure to potential harassment and/or abuse.  "[I]t is within the discretion of the district court to grant the 'rare dispensation' of anonymity."  *Johnson v. Greater Se. Cmty. Hosp. Corp.*, 951 F.2d 1268, 1277 (D.C. Cir. 1991).  In doing so, courts typically assess a variety of factors—including "the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously."  *Nat'l Ass'n of Waterfront Emps. v. Chao*, 587 F. Supp. 2d 90, 99 (D.D.C. 2008).  The Defendant in this matter has not noticed its appearance, so it is hard to assess any potential prejudice to it.  Accordingly, Plaintiffs' motion is **GRANTED** without prejudice to reconsideration after Defendant notices its appearance.  **SO ORDERED**.

Dated: April 7, 2022

TREVOR N. McFADDEN, U.S.D.J.