IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY CHAND, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, et al.,<br><br>*Defendants.* | Case No.: 1:22-cv-00830 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David M. Zionts of Covington & Burling LLP hereby enters his appearance as counsel of record for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley.  This appearance shall not be deemed to be a waiver of any rights or defenses, including, without limitation, lack of personal jurisdiction.  I certify that I am an active member of the Bar of this Court.

Dated: April 29, 2022

Respectfully submitted,

/s/ *David M. Zionts*
David M. Zionts (D.C. Bar No. 995170)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel:  (202) 662-5987
Email:  dzionts@cov.com

*Counsel for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2022, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

                                            /s/ *David M. Zionts*
                                            David M. Zionts (D.C. Bar No. 995170)