IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY CHAND, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, et al.,<br><br>*Defendants.* | Case No.: 1:22-cv-00830 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin S. Haley of Covington & Burling (Pty) Ltd. hereby enters his appearance as counsel of record for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley.  This appearance shall not be deemed to be a waiver of any rights or defenses, including, without limitation, lack of personal jurisdiction.  I certify that I am an active member of the Bar of this Court.

Dated: April 29, 2022

Respectfully submitted,

/s/ *Benjamin S. Haley*
Benjamin S. Haley (D.C. Bar No. 500103)
Covington & Burling (Pty) Ltd.
Rosebank Link
173 Oxford Road, 7th Floor
Johannesburg 2196, South Africa
Tel:  +27 (11) 944-6914
Email:  bhaley@cov.com

*Counsel for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 29, 2022, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

                /s/ *Benjamin S. Haley*
                Benjamin S. Haley (D.C. Bar No. 500103)