### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY CHAND, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, et al., <br><br> *Defendants.* | Case No.: 1:22-cv-00830 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jordan L. Moran of Covington & Burling LLP hereby enters his appearance as counsel of record for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley.  This appearance shall not be deemed to be a waiver of any rights or defenses, including, without limitation, lack of personal jurisdiction.  I certify that I am an active member of the Bar of this Court.

Dated: April 29, 2022

Respectfully submitted,

/s/ *Jordan L. Moran*
Jordan L. Moran (D.C. Bar No. 888273537)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel:  202-662-5198
Email:  jmoran@cov.com

*Counsel for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2022, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

/s/ *Jordan L. Moran*
Jordan L. Moran (D.C. Bar No. 888273537)