IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY CHAND, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, et al.,<br><br>*Defendants.* | Case No.: 1:22-cv-00830 |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

We, the undersigned, counsel of record for MTN Group Limited, certify that to the best of our knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies that own at least 10% of the stock of MTN Group Limited that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

<table>
<tr><td>Dated: April 29, 2022</td><td>Respectfully submitted,</td></tr>
<tr><td>

/s/ *David M. Zionts*
David M. Zionts (D.C. Bar No. 995170)
Jordan L. Moran (D.C. Bar No. 88273537)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
dzionts@cov.com
jmoran@cov.com

Benjamin S. Haley (D.C. Bar No. 500103)
Covington & Burling (Pty) Ltd.
Rosebank Link
173 Oxford Road, 7th Floor
Johannesburg 2196, South Africa
Tel:  +27 (11) 944-6914
bhaley@cov.com

</td><td>

/s/ *Timothy P. Harkness*
Timothy P. Harkness (D.D.C. Bar No. NY0331)
Kimberly H. Zelnick (D.D.C. Bar No. NY0325)
Scott A. Eisman (D.D. C. Bar No. NY0326)
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Tel: (212) 277-4000
timothy.harkness@freshfields.com
kimberly.zelnick@freshfields.com
scott.eisman@freshfields.com


*Counsel for Defendants MTN Group Limited, Phuthuma Nhleko, and Irene Charnley*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, I caused to be filed a copy of the foregoing Certificate Required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

/s/ *David M. Zionts*
David M. Zionts