UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY CHAND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MTN IRANCELL TELECOMMUNICATIONS SERVICES COMPANY, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00830-RDM<br><br>JURY TRIAL DEMANDED |

**CORRECTED DECLARATION OF GEOFFREY PAUL EATON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In compliance with Rule 83.2(c) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Geoffrey Paul Eaton, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Geoffrey Paul Eaton.

2. I am a member of the law firm of Sparacino PLLC, counsel for the Plaintiffs in the above-captioned action.

3. My office is located at 1920 L St. NW, Washington, DC 20036. My office phone number is (202) 629-3530.

4. I am a member in good standing of the bars of the District of Columbia and New York and the following federal courts:

   U.S. Supreme Court
   U.S. Court of Appeals for the Federal Circuit
   U.S. Court of Appeals for the D.C. Circuit
   U.S. Court of Appeals for the First Circuit
   U.S. Court of Appeals for the Second Circuit
   U.S. Court of Appeals for the Third Circuit
   U.S. Court of Appeals for the Fourth Circuit
   U.S. Court of Appeals for the Sixth Circuit
   U.S. Court of Appeals for the Seventh Circuit

      U.S. Court of Appeals for the Ninth Circuit
      U.S. Court of Appeals for the Eleventh Circuit
      U.S. Tax Court
      U.S. Court of Federal Claims

5. I have not been disciplined by any bar.

6. I engage in the practice of law from an office located in the District of Columbia.

7. My application for admission to this Court is currently pending.

8. I have not been admitted *pro hac vice* in this Court in the past two years.


Dated: July 10, 2023                                Respectfully submitted,

                                                      /s/ Geoffrey P. Eaton

                                                      Geoffrey P. Eaton (DC Bar No. 473927)
                                                      Sparacino PLLC
                                                      1920 L Street, NW, Suite 835
                                                      Washington, D.C. 20036
                                                      Tel: (202) 629-3530
                                                      Geoff.eaton@sparacinopllc.com


                                                      *Counsel for Plaintiffs*